UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYRON DAILEY, | No. 2:24-cv-02249-TLN-SCR |
| Petitioner, | |
| v. | **ORDER** |
| STEVEN SMITH, | |
| Respondent. | |

Petitioner Myron Dailey ("Petitioner"), a state prisoner proceeding pro se, filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 21, 2025, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. Respondent filed objections to the findings and recommendations. (ECF No. 20.) Petitioner filed a motion for an extension of time to reply to Respondent's objections (ECF No. 21), and on the same day, filed a reply to Respondent's objections (ECF No. 22).

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper

analysis. *See Estrada v. Biter*, Case No. 1:14-cv-00679-AWI-GSA (HC), 2014 WL 6610481 *3 (E.D. Cal. Nov. 20, 2014) (recommending that the motion for a *Rhines* stay be denied as moot and be considered on the merits based on recent denial of state habeas relief by the California Supreme Court), *adopted by* 2015 WL 769727 (Feb. 20, 2015).

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 19) are adopted in full;

2. Respondent's motion to dismiss (ECF No. 9) based on petitioner's failure to exhaust his state court remedies is denied as moot;

3. Petitioner's motion for a stay and abeyance of these proceedings (ECF No. 16) is denied as moot based on the California Supreme Court's recent denial of petitioner's state habeas corpus petition;

4. Petitioner's motion for an extension of time (ECF No. 21) is denied as moot; and

5. This matter is referred back to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Date: September 25, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE